

# NUMBER 13-22-00353-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF B.P. JR., A CHILD.

---

**On appeal from the County Court at Law No. 5
of Nueces County, Texas.**

---

# ORDER

**Before Justices Longoria, Hinojosa, and Silva
Order Per Curiam**

This appeal arises from the trial court's termination of mother G.G.'s and father B.P.'s parental rights over B.P., JR., minor child.[1]  On October 31, 2022, the Texas Department of Family and Protective Services (the Department) filed its first Motion for

---

[1] We refer to appellant and the child by their initials in accordance with the rules of appellate procedure. *See* TEX. R. APP. P. 9.8(b)(2).

Extension of Time in Which to File Appellee's Brief in this cause. Citing the need for additional time to adequately prepare its brief, the Department requested a ten-day extension to file its brief on November 10, 2022, instead of on October 31, 2022, its original deadline.

We are bound by the Texas Rules of Appellate Procedure in parental termination cases. Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2(a). Because these appeals involve fundamental rights that necessitate expedited consideration, this Court requires strict adherence to the deadlines provided by the appellate rules and looks with disfavor upon the delays caused by requests for extensions of time.

In light of the foregoing, we hereby grant the Department's motion for extension of time to file its brief. We order the Department to file its brief on or before November 10, 2022. No further motions for extension of time will be considered absent exigent circumstances.

PER CURIAM

Delivered and filed on the
3rd day of November, 2022.

2